No. 918. UNITED STATES *v.* EDWARD P. BUCKENMEYER. March 15, 1926. Petition for writ of certiorari to the

Court of Claims denied. *Solicitor General Mitchell, Assistant Attorney General Galloway,* and *Mr. John G. Ewing* for the United States. No appearance for respondent.